# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DERRICK WOODBERRY

NO.   2023 CW 0150

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

**APRIL 24, 2023**

---

In Re:    Derrick Woodberry, applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 713860.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** There is a pending motion to lift stay which
has to be acted on by the trial court.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

a.Sn

DEPUTY CLERK OF COURT
FOR THE COURT